**Jai SCOTT, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 64163.**

Missouri Court of Appeals, Western District.

May 10, 2005.

Ruth Sanders, Kansas City, MO, for appellant.

Deborah Daniels, Assistant Attorney General, Jefferson City, MO, for respondent.

Before BRECKENRIDGE, P.J., LOWENSTEIN and HARDWICK, JJ.

## ORDER

PER CURIAM.

Jai Scott appeals the denial of his Rule 29.15 motion for post-conviction relief. Because a published opinion would have no precedential value, a memorandum has been provided to the parties.

The judgment is affirmed. Rule 84.16(b).